40 F.3d 1241
 Ranck (Floyd, Ellen)
v.
Fulton Bank, French (Carolyn), Wainwright (John), Dixon
(Patricia), Mitchell (Steve), all unknown John Does; French
(Carolyn), Wainwright (John), Dixon (Patricia), Mitchell
(Steve) v. Ranck (Floyd, Ellen), Erth-Rite, Inc., Valley
View Trust; Appeal of Ranck (Floyd, Ellen)
 NO. 94-1394
 United States Court of Appeals,
Third Circuit.
 Oct 13, 1994
 
 Appeal From: E.D.Pa., No. 93-cv-01512,
 Cahn, J.
 
 
 1
 AFFIRMED.